IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Carlos G. Davis, ) | Case No. 23-21845 JCM |
| Debtor(s) ) | Chapter 13 |
| ) | Related Docket No. 28 |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE OF CONSENT ORDER APPROVING DEBTOR TO FINANCE NEW OR USED VEHICLE**

    I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 19, 2024

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                                               Respectfully submitted,

March 19, 2024                                                 /s/ Kenneth Steidl
DATE                                                                 Kenneth Steidl, Esquire
                                                                     Attorney for the Debtor(s)
                                                                     STEIDL & STEINBERG
                                                                     Suite 2830 – Gulf Tower
                                                                     707 Grant Street
                                                                     Pittsburgh, PA  15219
                                                                     (412) 391-8000
                                                                     ken.steidl@steidl-steinberg.com
                                                                     PA I.D. No. 34965

```
Label Matrix for local noticing          Capital One                              Capital One
0315-2                                   Attn: Bankruptcy                         Po Box 31293
Case 23-21845-JCM                        Po Box 30285                             Salt Lake City, UT 84131-0293
WESTERN DISTRICT OF PENNSYLVANIA         Salt Lake City, UT 84130-0285
Pittsburgh
Tue Mar 19 15:03:21 EDT 2024

Capital One N.A.                         Denise Carlon                            (p)JPMORGAN CHASE BANK  N A
by American InfoSource as agent          KML Law Group, P.C.                      BANKRUPTCY MAIL INTAKE TEAM
PO Box 71083                             701 Market Street                        700 KANSAS LANE FLOOR 01
Charlotte, NC  28272-1083                Suite 5000                               MONROE LA 71203-4774
                                         Philadelphia, PA 19106-1541

Citibank, N.A.                           Citibank/Sears                           Citibank/Sears
5800 S Corporate Pl                      Citicorp Cr Srvs/Centralized Bankruptcy  Po Box 6217
Sioux Falls, SD  57108-5027              Po Box 790040                            Sioux Falls, SD 57117-6217
                                         St Louis, MO 63179-0040

Citibank/The Home Depot                  Citibank/The Home Depot                  Carlos G. Davis
Citicorp Cr Srvs/Centralized Bankruptcy  Po Box 6497                              1485 Banning Road
Po Box 790040                            Sioux Falls, SD 57117-6497               Dawson, PA 15428-1019
St Louis, MO 63179-0040

(p)FARMERS NATIONAL BANK OF CANFIELD     GATEWAY FOOT AND ANKLE, P.C              JPMorgan Chase Bank, N.A.
ATTN RICK THOMAS                         c/o WAKEFIELD & ASSOCIATES, LLC          s/b/m/t Chase Bank USA, N.A.
1 S MAIN ST                              PO BOX 51272                             c/o National Bankruptcy Services, LLC
NILES OH 44446-5092                      Knoxville, TN 37950-1272                 P.O. Box 9013
                                                                                  Addison, Texas 75001-9013

Kohls/Capital One                        LVNV Funding, LLC                        Office of the United States Trustee
Po Box 3115                              Resurgent Capital Services               1000 Liberty Avenue
Milwaukee, WI 53201-3115                 PO Box 10587                             Suite 1316
                                         Greenville, SC 29603-0587                Pittsburgh, PA 15222-4013

(p)PNC BANK RETAIL LENDING               (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Pennsylvania Department of Revenue
P O BOX 94982                            PO BOX 41067                             Bankruptcy Division
CLEVELAND OH 44101-4982                  NORFOLK VA 23541-1067                    P.O. Box 280946
                                                                                  Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue            Kenneth Steidl                           Synchrony Bank/Lowes
Department 280946                        Steidl & Steinberg                       Attn: Bankruptcy
P.O. Box 280946                          Suite 2830 Gulf Tower                    Po Box 965060
ATTN: BANKRUPTCY DIVISION                707 Grant Street                         Orlando, FL 32896-5060
Harrisburg, PA 17128-0946                Pittsburgh, PA 15219-1908

Synchrony Bank/Lowes                     Synchrony Bank/Sams Club                 Synchrony Bank/Sams Club
Po Box 71727                             Attn: Bankruptcy                         Po Box 71727
Philadelphia, PA 19176-1727              Po Box 965060                            Philadelphia, PA 19176-1727
                                         Orlando, FL 32896-5060

UPMC PHYSICIAN SERVICES                  Wells Fargo Bank Na                      Wells Fargo Bank, N.A.
PO BOX 1123                              Po Box 14517                             PO Box 10438, MAC F8235-02F
MINNEAPOLIS, MN 55440-1123               Des Moines, IA 50306-3517                Des Moines, IA 50306-0438
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services                 (d)Chase Card Services              Farmers National Bank Canfield
Attn: Bankruptcy                    Po Box 15369                        20 S Broad Street
P.O. 15298                          Wilmington, DE 19850                Canfield, OH 44406
Wilmington, DE 19850


(d)Farmers National Bank of Canfield    PNC Bank                        (d)PNC Bank
P O Box 228                             PO Box 94982                    Po Box 8703
Niles, OH  44446                        Cleveland, OH 44101             Dayton, OH 45401
,


(d)PNC Bank, National Association   (d)PNC Financial                    PORTFOLIO RECOVERY ASSOCIATES, LLC
3232 Newmark Drive                  Attn: Bankruptcy                    POB 41067
Miamisburg OH 45342                 300 Fifth Avenue                    Norfolk, VA 23541
                                    Pittsburgh, PA 15222


(d)Pnc Mortgage                     (d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy                    POB 12914
8177 Washington Church Rd,          Norfolk, VA 23541
Dayton, OH 45458



                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC BANK, NATIONAL ASSOCIATION       End of Label Matrix
                                        Mailable recipients    30
                                        Bypassed recipients     1
                                        Total                  31