IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  23-21845 JCM |
| | ) | Chapter 13 |
| Carlos G. Davis, | ) | Related Docket No. 28 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Carlos G. Davis, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## **REPORT OF NO FINANCING**

AND NOW, comes the Debtor, Carlos G. Davis, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On March 13, 2024, this Honorable Court entered an order at Docket No.28, approving the Debtor's request to finance a new vehicle

2. The Debtor was unable to obtain financing to purchase a vehicle.

3. The Debtor has abandoned the effort to obtain financing to purchase a vehicle.

WHEREFORE, the Debtor, Carlos G. Davis, respectfully file this Report of No Financing.

        Respectfully submitted,

<u>May 9, 2024</u>        <u>/s/ Kenneth Steidl</u>
DATE        Kenneth Steidl, Esquire
        Attorney for the Debtor(s)

        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965